IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:24-cv-00413-FL

| | |
|---|---|
| **PROGRESSIVE RAIL, INC., PIEDMONT AND NORTHERN RAILROAD, LLC, and LON VAN GEMERT,**<br>　　　　　　　　　　　　**Plaintiffs,**<br><br>v.<br><br>**MARKEL AMERICAN INSURANCE COMPANY,**<br>　　　　　　　　　　　　**Defendant.** | **ORDER** |

　　　　With Plaintiffs' consent, in the Court's discretion, Defendant's Motion to Stay Discovery and Amend Case Management Order is hereby **GRANTED**. Discovery is hereby immediately stayed and shall remain stayed until the Court enters its Orders ruling on the parties' pending motions for summary judgment [D.E. 22 and 32]. If, following the Court's summary judgment rulings, any portion of this case remains unresolved, the discovery stay shall be automatically and immediately lifted and discovery shall remain open for 90 days thereafter, the case shall be mediated within that same 90 day time period, and any further dispositive motions shall be filed within 120 days thereafter.

　　　　**SO ORDERED** this the 21st day of May, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　LOUISE W. FLANAGAN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge